926

No. 72–137.  Wu *v.* National Endowment for the Humanities et al.  C. A. 5th Cir.  Certiorari denied.

No. 72–425.  McDonald *v.* Ohio.  Sup. Ct. Ohio.  Certiorari denied.

No. 72–643.  Rappa *v.* United States; and

No. 72–5756.  D'Aloisio *v.* United States.  C. A. 2d Cir.  Certiorari denied.

No. 72–677.  Board of Education of the Memphis City Schools et al. *v.* Northcross et al.  C. A. 6th Cir.  Certiorari denied.

No. 72–682.  Local Union 749, International Brotherhood of Boilermakers, Iron Ship Builders, Blacksmiths, Forgers & Helpers, AFL–CIO *v.* National Labor Relations Board et al.  C. A. D. C. Cir.  Certiorari denied.

No. 72–724.  Barham *v.* United States.  C. A. 9th Cir.  Certiorari denied.

No. 72–731.  Lindstrom *v.* United States.  C. A. 5th Cir.  Certiorari denied.

No. 72–740.  J. P. Stevens & Co., Inc., et al. *v.* National Labor Relations Board.  C. A. 2d Cir.  Certiorari denied.

No. 72–743.  Tortorello *v.* United States;

No. 72–766.  Calabro *v.* United States;

No. 72–5730.  Conforti *v.* United States;

No. 72–5733.  Conforti *v.* United States; and

No. 72–5909.  Picciano et al. *v.* United States.  C. A. 2d Cir.  Certiorari denied.  Reported below: 467 F. 2d 973.